**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

PAMELA MCGRATH

      Plaintiff,

v.

BILOXI APARTMENT RENTALS, LLC
AND JOHN DOES 1-10.

      Defendants.

CIVIL ACTION NO. 1:23cv321 TBM-RPM

**NOTICE OF REMOVAL**

Biloxi Apartment Rentals, LLC, under 28 U.S.C. Section 1332 hereby removes this cause to this Court and in support thereof states as follows:

1. On September 9, 2023, Plaintiff filed her Complaint against Defendant in the Circuit Court of Jackson County, Mississippi.

2. Plaintiff is a citizen of the State of Mississippi.

3. At the time of the filing of this lawsuit and at present, Defendant's sole LLC members, John Obando and Ruben Gonzalez, were resident citizens of the State of Florida.

4. The citizenship of an LLC is based on the citizenship of its members. *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 315 (5th Cir. 2019).

5. There is complete diversity of citizenship.

6. Defendant was served with the Complaint and Summons on October 5, 2023.

7. Defendant timely answered the Complaint on November 2, 2023.

8. Defendant served discovery on Plaintiff on November 2, 2023, which included Requests for Admissions.

9. The amount in controversy exceeds $75,000. Plaintiff answered Defendant's Requests for Admission on November 9, 2023, admitting the amount in controversy exceeds $75,000 and that she is seeking a verdict in excess of $75,000. *Id.* Under 28 U.S.C. § 1446(b)(3), this case is now removable.

10. "[A] notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C.S. § 1446(b)(3).

11. Discovery responses, including responses to requests for admissions may constitute "other paper" within meaning of 28 USCS § 1446(b). *Carmardelli v. Wal-Mart Stores, Inc.*, 545 F. Supp. 2d 595, 2008 U.S. Dist. LEXIS 32724 (W.D. Tex. 2008); *see also Williams v. Wal-Mart Stores, Inc.*, 534 F. Supp. 2d 1239, 2008 U.S. Dist. LEXIS 13021 (M.D. Ala. 2008) (notice of removal was filed within 30 days of retailer receiving customer's responses to its requests for admissions, which was when retailer learned that amount in controversy exceeded $75,000; amount in controversy was not facially apparent from complaint, and customer's admission responses constituted "other paper" within meaning of 28 USCS § 1446(b).)

12. This Court has jurisdiction under 28 U.S.C. Section 1332 and may be removed to this Court under 28 U.S.C. Section 1441.

13. Venue is proper in this district and division under 28 U.S.C. Section 1446(a).

14. In compliance with 28 U.S.C. Section 1446(a), there is attached is a true and correct copy of all process, pleadings and orders received by Defendant in the state court action.

15. A notice of filing of this Notice of Removal, together with a copy of this notice,

will be filed with the Clerk of the Circuit Court of Jackson County, Mississippi, and will be served on counsel for Plaintiff.

**WHEREFORE**, Biloxi Apartment Rentals, LLC removes this action and prays that the action proceed in this court.

Respectfully submitted this 16th day of November, 2023.

                                  **BILOXI APARTMENT RENTALS, LLC**

By:   */s/ Paul P. Blake*
        PAUL P. BLAKE

OF COUNSEL:

PAUL P. BLAKE, MSB# 102478
MICHAEL J. CEFALU, MSB# 106277
McAngus, Goudelock & Courie, LLC
1020 Highland Colony Parkway, Suite 706
Ridgeland, Mississippi 3917
(601) 427-7517 (Direct)
(601) 510-9525 (Fax)
paul.blake@mgclaw.com
michael.cefalu@mgclaw.com
*Attorneys for Defendant*

3

## **CERTIFICATE OF SERVICE**

    I, Paul P. Blake, do hereby certify that I have this day via electronic mail, delivered a true and correct copy of the above and foregoing pleading to the following:

    Harry M. McCumber, Esq. MSB 10632
    MORGAN & MORGAN, PLLC
    4450 Old Canton Rd, Suite 200
    Jackson, MS 39211
    Ph: (601) 718-0921
    Fax: (601) 503-1625
    hmccumber@forthepeople.com

    This the 16th day of November, 2023.

    */s/ Paul P. Blake*_____
    PAUL P. BLAKE